```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

SHERMAN HENRY,                    :
                                  :
       Petitioner,           :
                                  :
vs.                               :   CIVIL ACTION 07-0238-KD-M
                                  :
ALBERTO GONZALES, et al.,         :
                                  :
       Respondents.          :

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) dated June 1, 2007, is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute.

DONE this 20th day of June, 2007.

                                    <u>s/ Kristi K. DuBose</u>
                                    KRISTI K. DuBOSE
                                    UNITED STATES DISTRICT JUDGE